# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Parker, Michael T. | Southern Dist. of Mississippi | 05/05/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full Time | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

701 N. Main Street, Suite 216
Hattiesburg, MS 39401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary | South Central Mississippi Bar Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Michael T. | 05/05/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 4/17/13 | United States Treasury - tax overpayment | $6,117.00 |
| 2. 4/16/13 | Mississippi State Tax Commission - tax overpayment | $755.00 |
| 3. 7/24/13 | net income from sale of land - Hinds County, MS (non-investment property) | $24,614.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Michael T. | 05/05/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Michael T. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Annuity CNA Annuity, Continental Assuance Company (See VIII) | | None | N | W | | | | | |
| 2. Life Insurance -- State Farm | A | Interest | J | T | | | | | |
| 3. Bancorp South -- Accounts (see VIII) | B | Interest | J | T | | | | | |
| 4. Community Bank -- Accounts | A | Interest | J | T | | | | | |
| 5. College Tuition Contracts -MPACT | B | Interest | K | T | | | | | |
| 6. United States Savings Bonds | A | Interest | J | T | | | | | |
| 7. Regions Bank - Account | A | Interest | M | T | | | | | |
| 8. IRA (funds included in IRA are indented below) | D | Int./Div. | M | T | | | | | |
| 9. ---Pimco Total Return Class C | | | | | | | | | |
| 10. ---Franklin Income Fund Class C | | | | | | | | | |
| 11. ---American Growth Fund of America Class F1 (See VIII) | | | | | | | | | |
| 12. ---Lord Abbett Bond-Debenture Fund Class C | | | | | | | | | |
| 13. ---MFS Total Return Fund Class C | | | | | | | | | |
| 14. ---Mutual Series Shares Class C | | | | | | | | | |
| 15. ---Templeton Growth Class C | | | | | | | | | |
| 16. ---Fidelity Government Money Market (See VIII) | | | | | | | | | |
| 17. ---Dunham Monthly Distribution Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ---Forward Select Income Fund Class C | | | | | | | | | |
| 19. ---Columbia Acorn Fund Class C | | | | | | | | | |
| 20. ---First Eagle Global Fund Class C | | | | | | | | | |
| 21. ---American Investment Co of America Class F1 (See VIII) | | | | | | | | | |
| 22. ING Classic Money Fund (See VIII) | A | Interest | J | T | | | | | |
| 23. ING Golden Select Variable Annuity -- funds are shown below | | None | M | T | | | | | |
| 24. ---ING Retirement Moderate Growth | | | | | | | | | |
| 25. ---ING Templeton Global Growth Portfolio | | | | | | | | | |
| 26. ---ING Index Plus Large Cap Portfolio | | | | | | | | | |
| 27. ---ING VP Index Plus MidCap Porfolio | | | | | | | | | |
| 28. --- ING Index Plus Small Cap Portfolio | | | | | | | | | |
| 29. ---ING Clarion Real Estate Portfolio (S) | | | | | | | | | |
| 30. ---ING Large Cap Growth Portfolio (S) (See VIII) | | | | | | | | | |
| 31. Allianz Life Ins. Company--- Annuity | | None | L | T | | | | | |
| 32. Discover Bank | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 1 -- Annuity which pays a fixed monthly amount.

Part VII, Line 3 -- Upon maturity, a certificate of deposit at Bancorp South was redeemed on April 5, 2013 and the proceeds were deposited on the same day with Regions Bank (Part VII, Line 7). Upon maturity, two certificates of deposit at Bancorp South were redeemed on November 26, 2013 and the proceeds were deposited on the same day with Regions Bank (Part VII, Line 7). On December 6, 2013, a portion of the funds in the Regions Bank account were transferred to open the Discover Bank account (Part VII, Line 32).

Part VII, Line 11 -- Formerly reported as Growth Fund of America Class C.

Part VII, Line 16 -- On September 13, 2013, the Pershing Government Account was redeemed (value code J) and those funds were used to purchase the Fidelity Government Money Market. The Pershing Government Account will not be reported on future statements.

Part VII, Line 21 -- Formerly reported as Investment Company of America Class C.

Part VII, Line 22 -- This account was liquidated on October 9, 2013 and, therefore, will not be reported on future statements.

Part VII, Line 30 -- On June 14, 2013, the VIP II Contrafund was reallocated into the ING Large Cap Growth Portfolio. The VIP II Contrafund will not be reported on future statements.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael T. Parker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544